IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01287-MSK-MJW

JOHN DOE,
JANE DOE,
GIRL DOE 1, by her parents and next friends,
GIRL DOE 2, by her parents and next friends,
BOY DOE 3, by his parents and next friends, and
BOY DOE 4, by his parents and next friends,

Plaintiffs,

v.

JOANNA MCAFEE, El Paso County Department of Human Services intake caseworker,
individually, and as an agent, employee, and representative of El Paso County,
KATHY TREMAINE, El Paso County Department of Human Services caseworker,
individually, and as an agent, employee, and representative of El Paso County,
PATSY HOOVER,El Paso County Department of Human Services supervisor,
individually, and as an agent, employee, and representative of El Paso County,
LISA LITTLE, supervisor of the day, El Paso County Department of Human
Services supervisor, individually, and as an agent, employee, and representative of El
Paso County,
RICHARD BENGTSSON, Executive Director, El Paso County Department of Human
Services, individually, and as an agent, employee, and representative of El Paso
County,
JEFF GREENE, County Administrator over El Paso County Department of Human
Services, individually, and as an agent, employee, and representative of El Paso
County,
EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,
JOEY HARRIS, Officer, El Paso County Sheriff's Office, individually, and as an agent,
employee, and representative of the El Paso County Sheriff's Office,
JON PRICE, Officer, El Paso County Sheriff's Office, individually, and as an agent,
employee, and representative of the El Paso County Sheriff's Office,
BENJAMIN DEARMONT, Supervisor, El Paso County Sheriff's Office, individually, and
as an agent, employee, and representative of the El Paso County Sheriff's Office,
MITCHELL MIHALKO, Officer, El Paso County Sheriff's Office, individually, and as an
agent, employee, and representative of the El Paso County Sheriff's Office,
TERRY MAKETA, El Paso County Sheriff, individually, and as an agent, employee, and
representative of the El Paso County Sheriff's Office,
EL PASO COUNTY SHERIFF'S OFFICE,
EL PASO COUNTY BOARD OF COUNTY COMMISSIONERS,
JONATHAN HUDSON, Officer, Monument Police Department, individually, and as an
agent, employee, and representative of the Monument Police Department,

ANDREW ROMANO, Officer, Monument Police Department, individually, and as an agent, employee, and representative of the Monument Police Department,
JAKE SHIRK, Chief, Monument Police Department, individually, and as an agent, employee, and representative of the Monument Police Department, and
MONUMENT POLICE DEPARTMENT,

Defendants.

ORDER SETTING SCHEDULING/PLANNING CONFERENCE

Entered by U.S. Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case, entered by Chief Judge Marcia S. Krieger on May 22, 2013.

IT IS HEREBY ORDERED that a Scheduling/Planning Conference pursuant to Fed.R.Civ.P.16(b) shall be held on:

> August 13, 2013, at 1:30 p.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and **file a motion** to reschedule the conference to a more convenient date.

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME OF THE SCHEDULING/PLANNING CONFERENCE.</u>

IT IS FURTHER ORDERED that counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P.26(f), as amended, and D.C.COLO.LCivR 26.1 on or before 21 days prior to scheduling conference.  Pursuant to Fed.R.Civ.P.26(d), as amended, no discovery shall be sought until after the pre-scheduling conference meeting.  No later than 5 business days prior to the Scheduling/Planning Conference, counsel/pro se parties shall file their proposed Scheduling Order **(in PDF)** in

compliance with the ECF Filing Procedures.  In addition, on or before 14 days after the pre-scheduling conference meeting, the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P.26(a)(1), as amended.

Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.cod.uscourts.gov.  Instructions for downloading the formats are posted in the forms section of the website.   Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office in Alfred A. Arraj U.S. Courthouse,  901 19th Street, Room A-105, Denver, Colorado.   (The Clerk's Office telephone number is (303) 844-3433.)  Scheduling Orders prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper.

All out-of-state counsel shall comply with D.C.COLO.LCivR 83.3 prior to the Scheduling/Planning Conference.

It is the responsibility of counsel to notice the court of their entry of appearance, notice of withdrawal, notice of substitution of counsel, or notice of change of counsel's address, e-mail address, or telephone number by complying with the ECF Procedures and filing the appropriate motion or document with the court.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

DONE AND SIGNED THIS 22nd DAY OF MAY, 2013.

BY THE COURT:

s/Michael J. Watanabe

_____
MICHAEL J. WATANABE
United States Magistrate Judge