IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01287-MSK-MJW

JOHN DOE,
JANE DOE,
Y.C., by her parents and next friends,
E.C., by her parents and next friends,
E.S.C., by his parents and next friends, and
J.C., by his parents and next friends,

Plaintiffs,

v.

JOANNA MCAFEE, El Paso County Department of Human Services intake caseworker, individually, and as an agent, employee, and representative of El Paso County,
KATHY TREMAINE, El Paso County Department of Human Services caseworker, individually, and as an agent, employee, and representative of El Paso County,
PATSY HOOVER, El Paso County Department of Human Services supervisor, individually, and as an agent, employee, and representative of El Paso County,
LISA LITTLE, supervisor of the day, El Paso County Department of Human Services supervisor, individually, and as an agent, employee, and representative of El Paso County,
RICHARD BENGTSSON, Executive Director, El Paso County Department of Human Services, individually, and as an agent, employee, and representative of El Paso County,
JEFF GREENE, County Administrator over El Paso County Department of Human Services, individually, and as an agent, employee, and representative of El Paso County,
JOEY HARRIS, Officer, El Paso County Sheriff's Office, individually, and as an agent, employee, and representative of the El Paso County Sheriff's Office,
JON PRICE, Officer, El Paso County Sheriff's Office, individually, and as an agent, employee, and representative of the El Paso County Sheriff's Office,
BENJAMIN DEARMONT, Supervisor, El Paso County Sheriff's Office, individually, and as an agent, employee, and representative of the El Paso County Sheriff's Office,
MITCHELL MIHALKO, Officer, El Paso County Sheriff's Office, individually, and as an agent, employee, and representative of the El Paso County Sheriff's Office,
EL PASO COUNTY BOARD OF COUNTY COMMISSIONERS,
EL PASO COUNTY,
JONATHAN HUDSON, Officer, Monument Police Department, individually,
ANDREW ROMANO, Officer, Monument Police Department, individually,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is here ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 28) is GRANTED finding good cause shown. The written Stipulated Protective order (docket no. 28-1) is APPROVED and made an Order of Court.

Date: August 5, 2013