## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-01287-MSK-MJW     FTR - Courtroom A-502

**Date:**   August 13, 2013     Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| JOHN DOE,<br>JANE DOE,<br>Y.C., by her parents and next friends,<br>E.C., by her parents and next friends,<br>E.S.C., by his parents and next friends, and<br>J.C., by his parents and next friends,<br><br>     Plaintiff(s),<br><br>v.<br><br>JOANNA MCAFEE,<br>El Paso County Department of Human Services intake caseworker, individually, and as an agent, employee, and representative of El Paso County,<br>KATHY TREMAINE,<br>El Paso County Department of Human Services caseworker, individually, and as an agent, employee, and representative of El Paso County,<br>PATSY HOOVER,<br>El Paso County Department of Human Services supervisor, individually, and as an agent, employee, and representative of El Paso County,<br>LISA LITTLE,<br>supervisor of the day, El Paso County Department of Human Services supervisor, individually, and as an agent, employee, and representative of El Paso County,<br>RICHARD BENGTSSON,<br>Executive Director, El Paso County Department of Human Services, individually, and as an agent, employee, and representative of El Paso County,<br>JEFF GREENE,<br>County Administrator over El Paso County Department of Human Services, individually, and as an agent, employee, and representative of El Paso County,<br>JOEY HARRIS,<br>Officer, El Paso County Sheriff's Office, individually, and as an agent, | Theresa L. Sidebotham<br><br><br><br><br><br><br><br><br><br><br><br>Monica N. Kovaci<br>Kenneth R. Hodges |

employee, and representative of the El Paso County
Sheriff's Office,
JON PRICE,
Officer, El Paso County Sheriff's Office, individually,
and as an agent, employee, and representative of
the El Paso County Sheriff's Office,
BENJAMIN DEARMONT,
Supervisor, El Paso County Sheriff's Office,
individually, and as an agent, employee, and
representative of the El Paso County Sheriff's Office,
MITCHELL MIHALKO,
Officer, El Paso County Sheriff's Office, individually,
and as an agent, employee, and representative of
the El Paso County Sheriff's Office,
EL PASO COUNTY BOARD OF COUNTY
COMMISSIONERS,
EL PASO COUNTY,
JONATHAN HUDSON,
Officer, Monument Police Department, individually,
ANDREW ROMANO,
Officer, Monument Police Department, individually,

        Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**    **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   1:33 p.m.
Court calls case.  Appearances of counsel.
For the purposes of discovery, the parties are deemed as party/party group as follows:
1. Plaintiffs          2. Monument Defendants      3. El Paso Defendants

The following will confirm the actions taken and dates set at the scheduling conference held this date:

Plaintiff makes an Oral Motion to file the Second Amended Complaint [Docket No.32].  With no objections,

**It is ORDERED:**    Plaintiff's ORAL MOTION to file the Second Amended Complaint [Docket No. 32] is GRANTED for reasons as set forth on the record.
Therefore,

Plaintiff's SECOND AMENDED COMPLAINT [Docket No. **32,** filed August 05, 2013] is accepted for filing as of today, and is deemed filed AUGUST 13, 2013.
Defendants shall have up to and including **AUGUST 27, 2013** within which to Answer or otherwise respond to the Second Amended Complaint.

Defendants make a Joint Oral Motion to withdraw pending motions. With no objections,

**It is ORDERED:** Defendants' ORAL MOTION TO WITHDRAW PENDING MOTIONS is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:** Defendants' (Monument Defendants) MOTION TO DISMISS [Docket No. **26**, filed July 15, 2013] is **WITHDRAWN without prejudice,** with leave to re-file.

**It is ORDERED:** Defendants' (El Paso Defendants) MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(1) and 12(b)(6)  [Docket No. **27**, filed July 26, 2013] is **WITHDRAWN without prejudice,** with leave to re-file.

**It is ORDERED:** Defendants' JOINT MOTION TO STAY DISCOVERY [Docket No. **37**, filed August 09, 2013] is **WITHDRAWN without prejudice,** with leave to re-file.

A **TELEPHONIC STATUS CONFERENCE** is set **OCTOBER 22, 2013 at 9:30 a.m.**
All participating parties are to be on the call *before* the Court is contacted; Plaintiff shall create the conference call. Once the conference call is established, the Court shall be added as the final connection by dialing (303) 844-2403 at the scheduled time. To ensure a more adequate connection, parties shall use a Conference Operator. At least four (4) working days prior to the date set for the conference call, counsel for the plaintiff(s) shall call chambers (303) 844-2403 with the conference call-in telephone number and access code.
Topics of discussion will include:
1. Update on discovery
2. Status of any pending motions.

Joinder of Parties/Amendment to Pleadings:   **SEPTEMBER 27, 2013**

Discovery Cut-off:   **JUNE 13, 2014**

Dispositive Motions Deadline:   **JULY 14, 2014**

Plaintiff shall be limited to six (6) expert witnesses, without further leave of Court.
"El Paso Defendants" shall be limited to six (6) expert witnesses, without further leave of Court.
"Monument Defendants" shall be limited to three (3) expert witnesses, without further leave of Court.
Parties shall designate experts on or before   **APRIL 14, 2014**
Parties shall designate rebuttal experts   on or before   **MAY 13, 2014**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before  **MAY 09, 2014.**
Each party/party group shall be limited to seventy (70) Interrogatories.
Plaintiff shall be limited to fifty (50) Requests for Production and fifty (50) Requests for

Admissions, without leave of Court.
"El Paso Defendants" shall be limited to fifty (50) Requests for Production and fifty (50) Requests for Admissions, without leave of Court.
"Monument Defendants" shall be limited to twenty-five (25) Requests for Production and twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to twenty (20) fact depositions, plus experts. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. All depositions, fact and expert witnesses, shall be completed no later than **JUNE 13, 2014.**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits or Defendant Exhibits. Parties shall not use any duplicative exhibits.

Any **FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION CONFERENCE,** and **TRIAL** will be set by Chief Judge Marcia S. Krieger at a future date.
The parties anticipate a ten (10) day trial to a jury.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement may result in denial of entry to the courthouse.

**[X]** Scheduling Order is signed and entered with interlineations **AUGUST 13, 2013**

Hearing concluded.

**Court in recess:** 2:34 p.m.
Total in-court time: 01:01

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.