IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01287-MSK-MJW

JOHN DOE,
JANE DOE,
Y.C., by her parents and next friends,
E.C., by her parents and next friends,
E.S.C., by his parents and next friends, and
J.C., by his parents and next friends,

Plaintiffs,

v.

JOANNA MCAFEE, El Paso County Department of Human Services intake caseworker, individually, and as an agent, employee, and representative of El Paso County,
KATHY TREMAINE, El Paso County Department of Human Services caseworker, individually, and as an agent, employee, and representative of El Paso County,
PATSY HOOVER, El Paso County Department of Human Services supervisor, individually, and as an agent, employee, and representative of El Paso County,
LISA LITTLE, supervisor of the day, El Paso County Department of Human Services supervisor, individually, and as an agent, employee, and representative of El Paso County,
RICHARD BENGTSSON, Executive Director, El Paso County Department of Human Services, individually, and as an agent, employee, and representative of El Paso County,
JEFF GREENE, County Administrator over El Paso County Department of Human Services, individually, and as an agent, employee, and representative of El Paso County,
JOEY HARRIS, Deputy, El Paso County Sheriff's Office, individually, and as an agent, employee, and representative of El Paso County,
JON PRICE, Deputy, El Paso County Sheriff's Office, individually, and as an agent, employee, and representative of El Paso County,
BENJAMIN DEARMONT, Supervisor, El Paso County Sheriff's Office, individually, and as an agent, employee, and representative of El Paso County,
MITCHELL MIHALKO, Deputy, El Paso County Sheriff's Office, individually, and as an agent, employee, and representative of El Paso County,
CHAD HAYNES, Investigator, 4th Judicial District Attorney's Office, individually, and as an agent employee, and representative of the 4th Judicial District Attorney's Office,
RANDY STEVENSON, Deputy Chief Investigator, 4th Judicial District Attorney's Office, individually, and as an agent, employee, and representative of the 4th Judicial District Attorney's Office,
TERRY MAKETA, Sheriff of El Paso County, as an agent, employy, and representative

of El Paso County,
EL PASO COUNTY BOARD OF COUNTY COMMISSIONERS,
JONATHAN HUDSON, Officer, Monument Police Department, individually,
ANDREW ROMANO, Officer, Monument Police Department, individually,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is here ORDERED that the Plaintiffs' Stipulated Motion to Correct Second [sic] Amended Complaint (Docket No. 42) is GRANTED for good cause shown.  The Third Amended Complaint (Docket No. 45) is accepted for filing and the Clerk is directed to file the Third Amended Complaint as of the date of this order,

Date: August 20, 2013