IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01287-MSK-MJW

JOHN DOE,
JANE DOE,
E.C., by her parents and next friends,
E.S.C., by his parents and next friends, and
J.C., by his parents and next friends,

Plaintiffs,

v.

JOANNA MCAFEE,
LISA LITTLE,
JOEY HARRIS,
MITCHELL MIHALKO, and
CHAD HAYNES,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Stipulated Motion to Seal Protected Documents (Docket No. 130) is STRICKEN with directions to re-file.

Under D.C.COLO.LCivR 7.2(d), the Court may not act on a motion to restrict until it has been publicly posted for three days.  The publicly-posted reports are automatically generated when a "motion to restrict" is filed through CM/ECF, and are posted to the Court's public website on a daily basis.  Plaintiff's motion, although captioned correctly, was filed as a "motion to suppress" through CM/ECF.  As a result, it has not been publicly posted to the Court's website.

The Court has checked with the Clerk of Court and the CM/ECF team and has been informed that there is no way to add the mis-docketed motion to the daily report of motions to restrict.  The motion will need to be re-filed, and the individual who files the document will need to file it as a "motion to restrict," so that it can be included in tomorrow's publicly posted report under D.C.COLO.LCivR 7.2(d).  Accordingly, the motion is hereby STRICKEN, and Plaintiffs are directed to re-file it correctly.

Date: May 19, 2015