IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01287-MSK-MJW

JOHN DOE,
JANE DOE,
E.C., by her parents and next friends,
E.S.C., by his parents and next friends, and
J.C., by his parents and next friends,

Plaintiffs,

v.

JOANNA MCAFEE,
LISA LITTLE,
JOEY HARRIS,
MITCHELL MIHALKO, and
CHAD HAYNES,

Defendants.

_____

MINUTE ORDER

_____

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Second Motion to Amend the Amended Scheduling Order (Docket No. 191) is GRANTED for good cause.

It is further ORDERED that the Amended Scheduling Order (Docket No. 98) is AMENDED as follows:

- • Deadline to disclose affirmative experts: November 9, 2015;
- • Deadline to disclose rebuttal experts: December 7, 2015;
- • Deadline to serve written discovery: November 25, 2015;
- • Discovery cut-off: December 29, 2015;
- • Dispositive motion deadline: January 28, 2016

Date: July 30, 2015